IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00431-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JAMES ALEXANDER HUTSON, | ) | |
| Defendant, | ) | |
| v. | ) | |
| COASTAL FEDERAL CREDIT UNION, | ) | |
| Garnishee. | ) | |

This matter comes before the court on the United States' Motion to Unseal [DE 61]. In accordance with Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, the motion is GRANTED. The Clerk of the Court is directed to unseal government's Application for Writ of Garnishment [DE 54] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE 60, 60-1]. Also, the Answer of Garnishee shall not be filed under seal.

SO ORDERED this 19th day of March, 2024.

RICHARD E. MYERS II
Chief United States District Judge