IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00431-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES ALEXANDER HUTSON, | ) | ORDER |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | |
| | ) | |
| Garnishee. | ) | |
| | ) | |

This matter comes before the court on the United States' Motion to Unseal [DE 83]. For good cause shown, the motion is GRANTED. The Clerk of the Court is DIRECTED to unseal the government's Application for Writ of Garnishment [DE 51] and the Writ of Garnishment issued as its result, along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE 59, 59-1].

SO ORDERED this _10th_ day of July, 2024.

Richard E Myers II

RICHARD E. MYERS II
Chief United States District Judge